*In re* WILFREDO RODRÍGUEZ MERCADO.

*Número:* CP-90-27          *Resuelto:* 15 de noviembre de 1993

---

*Efraín Bermúdez Rivera,* abogado del peticionario.

## RESOLUCIÓN

Atendido lo expresado por el abogado Wilfredo Rodríguez Mercado, en su moción solicitando reinstalación al ejercicio de la notaría de 18 de octubre de 1993, se declara con lugar la moción referida y, en consecuencia, se ordena la reinstalación de Wilfredo Rodríguez Mercado al ejercicio de la notaría en Puerto Rico.

Lo acordó el Tribunal y certifica el señor Secretario General.

<div align="right">

*(Fdo.)* Francisco R. Agrait Lladó<br>
*Secretario General*